869 F.2d 592
 Stevens (Loretta Cundiff), Personal Representative of Estate
of Cundiff (Kenneth Roger), Borrelli (Joan M.),
Personal Representative of Estate of
Borrelli (Jody Ann), Borrelli (Robert)
v.
Gus Genetti Hotel and Restaurant, Inc., t/a Genetti's Best
Western Motor Lodge, a/k/a Genetti's Motor Lodge, Dinner
Playhouse and Office Center, Hazle Builders, Joseph Miorelli
and Co., Inc., Nielsen (Charles), Fisher (John), Santucci
(Dominic, Katherine), t/a Katie's Corner
 NO. 88-5639
 United States Court of Appeals,
Third Circuit.
 JAN 23, 1989
 
 Appeal From: M.D.Pa.,
 Kosik, J.
 
 
 1
 AFFIRMED.